### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OK OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO.:   CR-04-223-T |
| | ) |
| MICHAEL PATRICK BRUNTON, | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Before the court is the defendant's Motion for Discovery [Doc. No. 22] in which defendant seeks the production of material from the United States Probation Officer assigned to defendant's case. Defendant requests copies of correspondence and victims' loss statements or impact statements, presumably for use in connection with objections to the presentence report.

Based on the motion filed, the court is uncertain as to the intended purpose of the requested material or whether it is necessary or appropriate to produce same to defendant. By separate order filed herein, the court has granted defendant's motion for a 14-day extension of time in which to file objections to the presentence report. During that time period, the parties and the probation officer are directed to confer and attempt to agree on any material that should be produced to defendant and report the results to the court no later than June 14, 2005. If the parties are unable to reach an agreement by June 14, 2005, defendant's counsel is directed to supplement its motion with an explanation of the reasons for his request and the authority for same.

IT IS SO ORDERED this 8th day of June, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE