IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - vs. - | ) | No. CR-04-223-T |
| | ) | |
| MICHAEL PATRICK BRUNTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On June 6, 2005 defendant filed a Motion for Discovery [Doc. No. 22] in which he seeks production

of certain material from the United States Probation Officer assigned to defendant's case.  Defendant also

sought a 14-day extension of time in which to file objections to the presentence report.

The court granted the requested extension [Doc. No. 24]; the resulting deadline for filing objections was June

20, 2005.  With respect to the motion for discovery, the court entered a separate order [Doc. No. 25] directing

the parties to confer and determine if the issues raised could be resolved and report the results of their efforts

to the court no later than June 14, 2005.

Defendant filed his objections to the presentence report on the extended deadline of June 20; those

objections assert issues related to his request to obtain documents including victims' loss statements or impact

statements and related material.  To date, however, defendant and the government have not reported the results

of any efforts to resolve defendant's motion for discovery; defendant does not mention such efforts in the

objections to the presentence report.   Because the  government has not filed a response to the motion for

discovery, the court is unable to determine if it agrees that defendant is entitled to the documents he seeks in

connection with his sentencing.

Accordingly, the defendant and the government are again directed to confer and attempt to resolve this matter. Defendant is directed to initiate such conference within one business day of this order; the defendant and the government are directed to jointly report to the court the results of their efforts no later than five business days following the date of this order. If the government agrees that defendant is entitled to any or all documents at issue, it is directed to furnish same to defendant no later than five business days from the date of this order. If the government objects to the production of any material, it is directed to file its objection to defendant's motion no later than 10 business days following the date of this order.

IT IS SO ORDERED this 21st day of June, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE